United States Bankruptcy Court
For The
Western District of Kentucky

IN RE:                                           )
   JESSICA A. GARVIN                 )
   JEFFREY W. GARVIN                 )     Case No:
                                                   )     17-31884-jal
                 Debtor(s)        )
_____)

### Order of Confirmation

      A Plan Under Chapter 13 of Title 11 and application for confirmation having been duly filed, creditors having been notified, and it appearing that said plan complies with provisions of Section 1325 of said chapter,

      IT IS HEREBY ORDERED that said plan is confirmed.

      IT IS HEREBY ORDERED that the trustee, William W. Lawrence, collect a payment of $ __254.00__ each ____two weeks____ for a period of __60__ months from the debtor(s), and distribute the funds as follows:

      1) __Matthew D. Owen__ , attorney for the debtor, is awarded a fee in the amount of: THERE IS NO ATTORNEY FEE PAID IN PLAN.

      2) Secured creditors shall be paid before priority creditors, who shall be paid before unsecured creditors. Monthly payments to secured creditors will be determined on a pro-rata basis by the trustee, unless otherwise indicated below. The following secured and /or priority claims are hereby allowed:

| Creditor | Secured | Unsecured |
|---|---|---|
| #3 Eagle Financial Services<br>3411 Bardstown Road Suite 6<br>Louisville, KY 40218 | $500.00<br>(no interest) | $2,784.96 |
| #4 | $100.00<br>(no interest) | $3,002.72 |
| #8 Consumer Portfolio Svc<br>Po Box 57071<br>Irvine, CA 92619 | $7,000.00<br>(6% interest)<br>An Adequate Protection payment of $70.00 a month paid with attorney fees. | $4,380.79 |
| #9 Wells Fargo Bank N.A.,<br>d/b/a Wells Fargo Dealer Se<br>PO Box 19657<br>Irvine CA 92623-9657 | Entire claim including arrearage to be paid directly. | |
| #10 Navient Solutions, LLC. on behalf of<br>Educational Credit Management Corporation<br>PO BOX 16408<br>St. Paul, MN 55116-0408 | To be paid directly. | |

ALL STUDENT LOANS TO BE PAID DIRECTLY.

60 months / 91%

17-31884-jal

      3) Payment will be made on pro-rata basis to unsecured creditors, whose claims are filed and allowed, until such claims are paid at the proposed percentage. The plan is presently proposed at  91%  ; however, the percentage for any plan less than 100% may increase upon the filing of the schedule of allowed claims.

      IT IS FURTHER ORDERED that the debtor(s) attorney examine unsecured claims and file a schedule of allowed claims by no later than  November 22, 2017 . The schedule will reflect the percentage increase should the unsecured claims filed and allowed require an increase in the percentage paid to unsecured creditors. All objections to unsecured claims filed but not allowed must be filed prior to the same date.

      IT IS FURTHER ORDERED that any debtor(s) paying less than 100% to unsecured creditors submit copies of federal and state income tax returns, execute an assignment of federal and state income tax refunds to the Chapter 13 trustee, and submit a current income and expense statement annually, before May 15 of each year of the plan, pursuant to the local rules.

      IT IS FURTHER ORDERED that the debtor(s) be restrained from disposing of any property, in any manner whatsoever, without prior approval of this Court, and to promptly report to this Court any destruction of said property.

      IT IS FURTHER ORDERED that the debtor(s) be restrained from incurring any new indebtedness or financial obligations without permission of this Court, except for hospital, medical or dental expenses.

      IT IS FURTHER ORDERED that, if any governmental entity has filed a proof of claim showing unfiled tax returns, the debtors(s) shall file or otherwise satisfy the filing requirements relating to the unfiled returns within 90 days from the date of entry of this order.

      IT IS FURTHER ORDERED that, except as provided for in the Debtors' plan, no creditor holding a debt subject to discharge under Section 1328(a) shall be entitled to any late charges, interest, penalties, additional attorney's fees or fees of any kind or nature without further Order of this Court.  No creditor holding a debt subject to discharge under Section 1328(a) shall be allowed after the Debtors' discharge to add any late charges, interest, penalties, additional attorney's fees or fees of any kind or nature arising after the entry of the Order for Relief and before the Debtors' Discharge except as provided for in the Debtors' plan or by Order of this Court.

      IT IS FURTHER ORDERED that, the debtor(s) plan payments shall commence within thirty (30) days of filing the petition. The attorney for the debtor(s) shall fully escrow all pre-confirmation plan payments as required by Local Rule 13.4 and 11USC 1326.  If the attorney for the debtor(s) fails to turnover all pre-confirmation money to the Trustee within ten (10) days of confirmation, the Trustee is directed to file a motion to dismiss this Chapter 13, and the Court shall then enter an order dismissing this case immediately.

      In the event of any unauthorized default in payments by the debtor(s), the trustee is directed to promptly report such default to this Court and upon the filing of such report, this Court shall set a hearing for show cause as to why the debtor(s) petition should not be dismissed. This Confirmation Order constitutes a finding that all requirements of Section 521(a)(1)(B) and 521(e)(2)(A)(i) have been met.

      A copy of this order is sent to the debtor(s); to the attorney for the debtor(s); to the trustee, William W. Lawrence; and to all creditors.

Joan A. Lloyd  
United States Bankruptcy Judge  
Dated:  July 24, 2017

PREPARED BY THE OFFICE OF  
WILLIAM W. LAWRENCE, TRUSTEE     awl    7/24/2017

```
                            United States Bankruptcy Court
                             Western District of Kentucky

In re:                                                          Case No. 17-31884-jal
Jessica A Garvin                                                Chapter 13
Jeffrey W Garvin
        Debtors              CERTIFICATE OF NOTICE
District/off: 0644-3          User: aallen                 Page 1 of 2                  Date Rcvd: Jul 24, 2017
                              Form ID: pdf400              Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2017.
db/jdb         +Jessica A Garvin,    Jeffrey W Garvin,    850 Washburn Ave,    #211,    Louisville, KY 40222-6784
aty            +D. Anthony Sottile,    Sottile & Barile, Attorneys at Law,     P.O. Box 476,
                 Loveland, OH 45140-0476
aty            +Matthew D. Owen,    539 West Market Street,    Suite 400,    Louisville, KY 40202-3332
tr             +William W. Lawrence -13,     310 Republic Plaza,    200 S. Seventh Street,
                 Louisville, KY 40202-2751
6118742        +Aes/ism,    Pob 61047,    Harrisburg, PA 17106-1047
6118743        +Aes/pheaa,    Pob 61047,    Harrisburg, PA 17106-1047
6118751       ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,     STE 100,   COLUMBUS OH 43220-3662
                (address filed with court: Choice Recovery,      1550 Old Henderson Rd St,    Columbus, OH 43220)
6118745        +Cap1/dbarn,    Po Box 30258,    Salt Lake City, UT 84130-0258
6118747        +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
6118748        +Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
6118749        +Cbs Col Lex,    2541 Sir Barton Wa,    Lexington, KY 40509-2292
6118750        +Cbs Col Owbr,    1035 Frederica Street,    Owensboro, KY 42301-3074
6118754        +Comenity Bank/cathrins,     4590 E Broad St,    Columbus, OH 43213-1301
6118755        +Comenity Bank/lnbryant,     4590 E Broad St,    Columbus, OH 43213-1301
6118756        +Comenity Bank/roamans,    Po Box 182789,    Columbus, OH 43218-2789
6118757        +Comenity Bank/womnwthn,     4590 E Broad St,    Columbus, OH 43213-1301
6120338        +Eagle Finance - Bardstown Rd. Branch,     3411 Bardstown Rd, Suite 6,     Louisville KY 40218-4612
6124924        +Eagle Financial Services,     3411 Bardstown Road Suite 6,    Louisville, KY 40218-4612
6118762        +Franklin Collection Sv,     2978 W Jackson St,    Tupelo, MS 38801-6731
6118764        +Ism/iowa,    111 Monument Circle,    Indianapolis, IN 46204-5100
6118766        +Merchants Ad,    P O Box 7511,    Mobile, AL 36670-0511
6118767        +Midland Funding,    2365 Northside Dr Ste 30,     San Diego, CA 92108-2709
6118768        +National Credit System,     3750 Naturally Fresh Blv,    Atlanta, GA 30349-2964
6133558         Navient Solutions, LLC. on behalf of,     Educational Credit Management Corporatio,
                 PO BOX 16408,    St. Paul, MN 55116-0408
6119776        +PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
6118771        +Prestige Financial Svc,     351 W Opportunity Way,    Draper, UT 84020-1399
6118772        +Saf,    2500 Broadway,    Helena, MT 59601-4901
6118773        +Sfgfinancetx,    700 W Arkansas,    Arlington, TX 76013-7644
6118776         Terri Garvin,    Robert & Mary Drive Apt 14,     Grayson, KY 41143
6118777        +United Auto Credit Co,    1071 Camelback St Ste 10,     Newport Beach, CA 92660-3046
6118778        +Us Dep Ed,    Po Box 5609,    Greenville, TX 75403-5609
6130312         Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,      PO Box 19657,    Irvine CA 92623-9657
6118779        +Wfds,    Po Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
6118741        +Fax: 864-336-7400 Jul 24 2017 19:41:18     Advance America,    8180 Dixie Hwy,
                 Louisville, KY 40258-1347
6121308        +Fax: 864-336-7400 Jul 24 2017 19:41:18     Advance America, Cash Advance Centers of KY, Inc.,
                 135 N. Church Street,    Spartanburg, SC 29306-5138
6118744        +E-mail/Text: best@win.net Jul 24 2017 19:40:10     Best Collect,    Po Box 7472,
                 Louisville, KY 40257-0472
6118746        +E-mail/Text: bankruptcynotices@cbecompanies.com Jul 24 2017 19:39:41     Cbe Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
6118752        +E-mail/Text: bankruptcy@classact.org Jul 24 2017 19:39:18     Class Act Fed Cred Uni,
                 3620 Fern Valley Rd,    Louisville, KY 40219-1917
6118753        +E-mail/Text: bnc@bass-associates.com Jul 24 2017 19:40:11     Collins Asset Group,
                 5725 W Highway 290 Ste 1,    Austin, TX 78735-8722
6118759        +E-mail/Text: bankruptcy@consumerportfolio.com Jul 24 2017 19:39:32     Consumer Portfolio Svc,
                 Po Box 57071,    Irvine, CA 92619-7071
6118760        +E-mail/PDF: pa_dc_ed@navient.com Jul 24 2017 19:36:44      Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
6118763        +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Jul 24 2017 19:40:22     Gla Collection Co Inc,
                 2630 Gleeson Ln,    Louisville, KY 40299-1772
6118765        +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 24 2017 19:38:53     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
6118769        +E-mail/PDF: pa_dc_claims@navient.com Jul 24 2017 19:37:00      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
6118770        +E-mail/Text: bankruptcy@onlineis.com Jul 24 2017 19:39:52     Online Collections,    Po Box 1489,
                 Winterville, NC 28590-1489
6124624        +E-mail/Text: bankruptcy@gopfs.com Jul 24 2017 19:40:03     PRESTIGE FINANCIAL SERVICES,
                 PO BOX 26707,    SALT LAKE CITY, UT 84126-0707
6118774        +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2017 19:36:23      Syncb/care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
6118775        +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2017 19:36:55      Syncb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
6118780        +E-mail/PDF: bk@worldacceptance.com Jul 24 2017 19:37:00      World Finanace Corpora,
                 108 Frederick St,    Greenville, SC 29607-2532
```

```
District/off: 0644-3          User: aallen               Page 2 of 2               Date Rcvd: Jul 24, 2017
                              Form ID: pdf400            Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
6134046        +E-mail/PDF: bk@worldacceptance.com Jul 24 2017 19:37:01
                 World Finance Corp. c/o World Acceptance Corp.,    Attn: Bankruptcy Processing Center,
                 PO Box 6429,   Greenville, SC 29606-6429
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6118758          Comrl Bk Gry
6118761          Edc/mid-america Apartm
6118781          World Finanace Corpora
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2017 at the address(es) listed below:
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              D. Anthony Sottile    on behalf of Creditor   CPS, Inc. bankruptcy@sottileandbarile.com
              Matthew D. Owen    on behalf of Joint Debtor Jeffrey W Garvin mattowenlaw@gmail.com
              Matthew D. Owen    on behalf of Debtor Jessica A Garvin mattowenlaw@gmail.com
              William W. Lawrence -13    ECF@louchapter13.com,   ecf.bk.westky@gmail.com
                                                                                               TOTAL: 5
```